UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                     Plaintiff,             Case No. 23-cr-20221

      v.

                                   Hon. Linda V. Parker

Socorro Alejandro Palacios,

                    Defendant.

_____/

**Exhibit Index to Socorro Alejandro Palacios'
Sentencing Memorandum**

Exhibit A – Letter from Leticia V. Palacios (Mr. Palacios' mother)