March 30, 2024

Hon. Linda A Parker
U.S. District Court
231 W. Lafayette Street
Detroit, Michigan 48226

Hon. Linda A. Parker

This letter is in regards to my Son Socorro. He is a hard working, caring person, he has always been there for me emotionally, mentally and physically in what ever I have needed. He also tries to help me financially when he can, As for example he buy's my pain patches and creams for my lower lumbar area, and when he can he contributes 50.00 or 100.00 when he is working well to help me in what I need. Socorro had to grow-up at a early age due to he's father being departed in 2011, which lead him to stop going to school and work to help maintaine the household which included rent 600.00 a month and all the utilities which were water, sewage, garbage removal, electric, phone, cable which would be around 500.00-600.00 a month. Socorro worked in tabacoo, planting, watering, cleaning to cutting and spiking to put up in the barn to riping for stripping in the winter, he made anywhere from 450.00 to 500.00 depending the weather. It was a hard time for me and my children, due to me become sick, so All of us suffered and All three had to grow-up fast. Socorro has always been there fore me and tries to keep

1-2

himself busy with work to contribute to help me. He has always been a good person and did well in school And all he's teachers loved him as well. Socorro is a hardworking honest person, he also has errolled in nite school to obtain he's GED. Socorro was a happy baby growing up. he enjoyed playing with he's brother and sister, as he was the baby of the family, he was funny, crazy little guy as most children are at that age. He enjoyed elementary shcool along with he's teachers and friends And did well through-out the school year. He played football in middle school along with joining the track team as well, where he won first place metals. All the teaners enjoyed having him in there classes, on parent teacher conferences they would tell me how well mannered he was as respectfull to others, he alway Addressed the teachers yes ma'am, no ma'am, yes sir, no sir. I was alway complemented on how well mannered he was, my son was broughtup with manners and respect to others.

Leticia V. Palacios
(mother of Socorro)